**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

U.S. MARSHAL
BALTIMORE, MD

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 DEC 11 P 4:00
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 DEC -3 P 12:52
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

2013 DEC -3 PM 2:35

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.
Nikolay Zakharyan

Case No. WDQ-13-0662

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nikolay Zakharyan,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Traffic in Contraband Cigarettes, 18 U.S.C.§§ 371, 2342(a);
Trafficking in Contraband Cigarettes, 18 U.S.C. §2342(a);
Aiding and Abetting, 18 U.S.C. §2;
Forfeiture, 18 U.S.C. § 981(a)(1)(C); 18 U.S.C. §§982(a)(1) & (4)

Date: 12/03/2013

*Issuing officer's signature*

City and state: Baltimore, MD

Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/11/2013, and the person was arrested on *(date)* 12/11/2013
at *(city and state)* Owings Mills, Maryland.

Date: 12/11/2013

*Arresting officer's signature*

SA Margaret Marde, FBI
*Printed name and title*