IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. WDQ-13-0662 |
| | : | |
| NIKOLAY ZACHARYAN | : | |

### ORDER

Upon consideration of the Consent Motion For Modification of Conditions of Release, it is this 24th day of February, 2014, hereby

GRANTED that the Defendant be permitted to travel outside of the State of Maryland on ^to Virginia February 24 and February 25, 2014*

_____
Judge

* Defendant shall advise his Pretrial Services Officer of his travel plans and follow any instructions.